

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00062-CV

———————————————

## IN THE GUARDIANSHIP OF DEBORAH BENNETT BROWN

On Appeal from County Court at Law No. 2
Wichita County, Texas
Trial Court No. CCL2-PR2024-0315

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On February 18, 2025, and March 4, 2025, we notified Appellants John and Debra Boyles of the filing fee for their appeal, and we warned that we would dismiss the appeal unless they paid the fee in accordance with Texas Rule of Appellate Procedure 5. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. Appellants still have not paid the fee. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: March 27, 2025